1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA HENSLEY, an individual, | CASE NO. 2:24-cv-00075-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DELICATESSEN SERVICES COMPANY LLC, d/b/a BOAR'S HEAD, a Delaware Company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 4, 2024, the parties notified the court that they had reached a settlement of this lawsuit and expect to dismiss it fully within the next couple of weeks. The Court STRIKES the remaining deadlines. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 5th day of March 2024.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2