UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA HENSLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>DELICATESSEN SERVICES COMPANY LLC,<br><br>          Defendant. | CASE NO. 2:24-cv-75<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

In accordance with the Stipulation and Request for Dismissal filed by the parties (Dkt. No. 9), the Court orders that Plaintiff's Complaint in this matter is dismissed with prejudice, with each party to bear their own fees and costs.

It is so ORDERED.

Dated this 12th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE - 1